LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff


CATHERINE CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Fax: (916) 487-5440

Attorney for Defendant Pappas Laguna No. 2, LP


JERRY DESCHLER, SBN 215691
JACKSON LEWIS, LLP
801 "K" Street, Suite 2300
Sacramento, CA 95814
Telephone: (916) 341-0404
Fax: (916) 341-0141

Attorney for Defendant TJ Maxx of California, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>TJ MAXX OF CALIFORNIA, LLC dba TJ MAXX #836; PAPPAS LAGUNA NO. 2, LP,<br><br>    Defendants.<br>_____/ | Case No. CIV. S-05-01964-DFL-KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, James Sanford and Defendants TJ
3  Maxx of California, LLC dba TJ Maxx #836 and Pappas Laguna No. 2, LP hereby request
4  that all parties be dismissed with prejudice from the above-entitled action.

7  Dated: February 28, 2007              LAW OFFICES OF LYNN HUBBARD, III

9                                         /s/ Lynn Hubbard, III
10                                        LYNN HUBBARD, III
                                          Attorney for Plaintiff

12  Dated: February 27, 2007              CORFEE STONE & ASSOCIATES

14                                         /s/ Catherine Corfee
                                          CATHERINE CORFEE
15                                        Attorney for Defendant Pappas Laguna No. 2

16  Dated: February 27, 2007              JACKSON LEWIS, LLP

18                                         /s/ Jerry Deschler
19                                        JERRY DESCHLER
                                          Attorney for Defendant TJ Maxx of California

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01964-DFL-KJM, is hereby dismissed with prejudice.

Dated: 03/01/2007

                                           /s/ David F. Levi
                                          United States District Court Judge